# NEVIS LUMBER INC.

OFFICE

P.O. BOX 107 • HIGHWAY 18 EAST
NEVIS, MINNESOTA 56467
PHONE (218) 652-4035 • FAX (218) 652-3032

****** INVOICE ******

| | | |
|---|---|---|
| SALESMAN: MARY | NUMBER: | ACCT S/P: |
| SOLD TO: BOB LINDDA | | SHIP TO: OLSON |
| CUSTOMER NO.: 2213 | JOB: 11 | PUR: 22003115  SHIP VIA: DELIVERED BY US |

TIME:
SHIP:
INVOICE:
DUE DATE:

| QTY | ITEM | DESCRIPTION | PRICE | | TOTAL |
|---|---|---|---|---|---|
| 1.00 EA | | S.O. RIVIERA STEEL BDG | 2820.00 | M | 2820.00 |



| | | |
|---|---|---|
| FREIGHT | 0.00 | SALES TOTAL $2820.00 |
| TAXABLE TOTAL | 2820.00 | MISC + FRGT 0.00 |
| NONTAXABLE TOTAL | 0.00 | SALES TAX 162.00 |
| Amt Due: | 2982.00 | TOTAL $2982.00 |

RECEIVED BY: _____

Thank You for your business, Nevis Lumber Inc.

**TERMS:** Closing date is the last day of the month any charges or payments made after closing date will show on NEXT MONTH STATEMENT! All charges are due and payable by the 10th of next month following date of purchase.