# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DONALD ELIASON,TODD MOOS,VALDIE MAGSTADT, RUTH HANSON, GERALD HERNING, JACQUELINE HERNING, DOUGLAS LAMM and KAREN LAMM, ROBERT PATRICK, PATRICK FLECK, GARY AND DONNA MCINTYRE, RHEA CLARK, DUSTIN JOHNSON, RICHARD WROUGHTON, VIRGINIA STROH, AND KEVIN AND CHARLENE OLSON, Individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>GENTEK BUILDING PRODUCTS, INC., and ASSOCIATED MATERIALS, LLC.<br><br>                    Defendants. | Case No. 1:10-cv-2093<br><br>Judge:  Benita Y. Pearson<br><br>Magistrate Judge:  Kathleen B. Burke<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER** [Regarding ECF No. 143] |

## FINAL ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES TO SETTLEMENT CLASS COUNSEL AND PAYMENT OF INCENTIVE AWARDS TO NAMED PLAINTIFFS

This matter having come before the Court on Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses to Settlement Class Counsel and Payment of Incentive Awards to Named Plaintiffs and the Court, having considered the submissions and the governing law, and for good cause shown, IT IS ON THIS 1st day of August, 2013;

ORDERED that Plaintiffs' Petition for Award of Attorneys' Fees and Reimbursement of Expenses to Settlement Class Counsel and Payment of Incentive Awards to Named Plaintiffs is granted;

IT IS FURTHER ORDERED that:

1.	Class Counsel shall be awarded attorneys' fees in the amount of $2,242,255.70 and expenses in the amount of $257,744.30 to be paid by Defendants pursuant to the Settlement Agreement;

2.	Defendants shall award $25,000 for distribution to the Named Plaintiffs as an incentive award;

3.	Class Counsel shall allocate $45,000 from their awarded attorneys' fees and expenses for distribution to the Named Plaintiffs as an incentive award;

4.	Class representative incentive awards shall be distributed as follows:

| Name | Amount | Reason |
|---|---|---|
| Valdie Magstadt | $7,500 | Home inspections and discovery |
| Ruth Hanson | $7,500 | Home inspections and discovery |
| Gerald and Jacqueline Herning | $7,500 | Home inspections and discovery |
| Douglas and Karen Lamm | $7,500 | Home inspections and discovery |
| Virginia Stroh | $7,500 | Home inspections and discovery |
| Rhea Clark | $7,500 | Home inspections and discovery |
| Donald Eliason | $5,000 | Formal discovery |
| Todd Moos | $5,000 | Formal discovery |
| Robert Patrick | $2,500 | Named Plaintiff |
| Patrick Fleck | $2,500 | Named Plaintiff |
| Gary and Donna McIntyre | $2,500 | Named Plaintiff |
| Dustin Johnson | $2,500 | Named Plaintiff |
| Richard Wroughton | $2,500 | Named Plaintiff |
| Kevin and Charlene Olson | $2,500 | Named Plaintiff |

5.	Class Counsel shall allocate the remaining award of attorneys' fees among Class Counsel in a manner in which they, in their sole discretion, believe appropriately reflects the

contributions of Class Counsel.

    IT IS SO ORDERED.


 _August 1, 2013_                          _/s/ *Benita Y. Pearson*_
Date                                         Benita Y. Pearson
                                               United States District Judge